IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIEGO RIVERA,<br><br>    Petitioner,<br><br>    v.<br><br>LAUREL HARRY, et al.,<br><br>    Respondents. | CIVIL ACTION<br><br>NO. 20-3990-KSM |

**ORDER**

**AND NOW**, this 21st day of February, 2025, upon consideration of Petitioner's motion for relief from judgment (Doc. No. 50; Doc. No. 51) and Respondent's response (Doc. No. 55), it is **ORDERED** that Petitioner's motion (Doc. No. 50; Doc. No. 51) is **DENIED** for the reasons set forth in the accompanying memorandum.

    **IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.
